IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| DARRELL R. GAMBILL | : | CASE NO. 3:12-CV-00346 |
| | | Judge Timothy S. Black |
| Plaintiff, | : | |
| | | |
| v. | : | |
| | | **STIPULATED AGREED ENTRY** |
| | : | **SUBSTITUTING THE NAMED** |
| DOLE FOOD COMPANY, INC. | | **DEFENDANT** |
| | : | |
| Defendant. | | |
| | : | |

Now come the parties to this action, by and through counsel, and hereby stipulate and agree that the former employer of the Plaintiff Darrell R. Gambill and the proper Defendant to this action is "Dole Fresh Vegetables, Inc." Accordingly, the parties stipulate and agree that the named Defendant to this action should be substituted with Dole Fresh Vegetables, Inc., and that said Defendant hereby waives service of summons.

APPROVED:

_____
HON. TIMOTHY S. BLACK, JUDGE

| | |
|---|---|
| /s/ Ellen Toth | /s/ Karen T. Dunlevey |
| *Per e-mail authorization* | |
| Ellen Toth, Trial Attorney (0056176) | Karen T. Dunlevey, Trial Attorney (0067056) |
| Charles F. Billington (0083143) | BIESER, GREER & LANDIS LLP |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | 400 PNC Center, 6 North Main Street |
| | Dayton, OH 45402 |
| 127 Public Square, Key Tower, Suite 4130 | Tel: (937) 223-3277 |
| Cleveland, OH 44114 | Fax: (937) 223-6339 |
| Telephone: 216-274-6925 | E-mail: ktd@bgllaw.com |
| Facsimile: 216-357-4733 | Attorney for Plaintiff |
| E-mail: Charles.Billington@ogletreedeakins.com; ellen.toth@ogletreedeakins.com | |
| Attorney for Defendant, Dole Fresh Vegetables, Inc. | |

2936.212049\ 407555.1

2